1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11

KELVIN PILGRIM,

      )

     Case No. CV 05-4191-DDP  (OP)

12

    Petitioner,

      )

ORDER ADOPTING FINDINGS,
CONCLUSIONS, AND
RECOMMENDATIONS OF
UNITED STATES MAGISTRATE
JUDGE

13

   vs.

      )

14

JOHN MARSHALL, Warden,

      )

15

    Respondent.

      )

16
17

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the

18

records and files herein, and the Report and Recommendation of the United States

19

Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and

20

recommendations of the Magistrate Judge.

21

/ / /

22

/ / /

23

/ / /

24
25
26
27
28

1    IT IS ORDERED that Judgment be entered: (1) approving and adopting this

2  Report and Recommendation; (2) denying Respondent's Motion to Dismiss as moot;

3  and (3) directing that Judgment be entered denying the Petition and dismissing this

4  action with prejudice.

5

6

7  DATED: 8-17-09

8                         HONORABLE DEAN D. PREGERSON
                          United States District Judge
9

10

11  Prepared by:

12

13

14  HONORABLE OSWALD PARADA
    United States Magistrate Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28