1

2

3

4

5

6

7

JS-6

8   UNITED STATES DISTRICT COURT

9   CENTRAL DISTRICT OF CALIFORNIA

10

KELVIN PILGRIM,                        )   Case No. CV 05-4191-DDP  (OP)
                                       )
11                                     )   J U D G M E N T
                                       )
12              Petitioner,            )
                                       )
13        vs.                          )
                                       )
14   JOHN MARSHALL, Warden,            )
                                       )
15                                     )
              Respondent.              )
16   _____)

17        Pursuant   to   the   Order   Adopting   Findings,   Conclusions,   and

18   Recommendations of the United States Magistrate Judge,

19   / / /

20   / / /

21   / / /

22

23

24

25

26

27

28

1   IT IS ADJUDGED that Judgment be entered: (1) approving and adopting this

2   Report and Recommendation; (2) denying Respondent's Motion to Dismiss as moot;

3   and (3) directing that Judgment be entered denying the Petition and dismissing this

4   action with prejudice.

5

6

7   DATED:  8-17-09

8   HONORABLE DEAN D. PREGERSON
    United States District Judge

9

10   Prepared by:

11

12

    HONORABLE OSWALD PARADA
13   United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28